EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2005

at 1 o'clock and ____ min. ____M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR. NO. 04-00131 HG |
| ) | |
| Plaintiff,       ) | **FIRST SUPERSEDING INDICTMENT** |
| ) | |
| vs.       ) | [21 U.S.C. §841(a)(1); 21 |
| ) | U.S.C. 841(b)(1)(C); 18 U.S.C. |
| ANDRES PAREDES,       ) | §924(c)(1); 18 U.S.C. |
| ) | §922(g)(3); 18 U.S.C. |
| ) | §922(a)(6); 18 U.S.C. |
| Defendant.       ) | §924(a)(2)] |
| _____) | |

**FIRST SUPERSEDING INDICTMENT**

COUNT 1

{21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C)}

The Grand Jury charges:

On or about March 12, 2004, in the District of Hawaii, defendant, ANDRES PAREDES, did knowingly possess with the intent

to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2

{18 U.S.C. § 924(c)(1)}

The Grand Jury further charges that:

On or about March 12, 2004, in the District of Hawaii, defendant, ANDRES PAREDES, knowingly used and carried a firearm, to wit: a Heckler & Koch Benelli .12 gauge shotgun, bearing serial number M202987, during and in relation to a drug trafficking crime, to wit, the possession of methamphetamine with the intent to distribute: as charged in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT 3

{18 U.S.C. § 922(g)(3) and 18 U.S.C. § 924(a)(2)}

The Grand Jury further charges:

On or about March 12, 2004, in the District of Hawaii, defendant, ANDRES PAREDES, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce a firearm, to wit, a Heckler & Koch Benelli .12 gauge shotgun, bearing serial number M202987.

## COUNT 4

{18 U.S.C. § 922(g)(3) and 18 U.S.C. § 924(a)(2)}

The Grand Jury further charges:

On or about March 12, 2004, in the District of Hawaii, defendant, ANDRES PAREDES, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce ammunition, to wit, eight rounds of Federal .12 gauge shotgun ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 5

{18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(2)}

The Grand Jury further charges:

On or about the February 16, 2004 in the District of Hawaii, defendant, ANDRES PAREDES, in connection with his acquisition of a firearm, to wit, a Heckler & Koch Benelli .12 gauge shotgun, bearing serial number M202987, from Technosport, Inc. dba Young Guns, a licensed dealer, knowingly made a false written statement to Technosport, Inc. dba Young Guns, which statement was intended and likely to deceive Technosport, Inc. dba Young Guns as to a fact material to the lawfulness of such acquisition of the said firearm in that Defendant represented that he was unlawful user of, or addicted to marijuana, or any depressant, stimulant or narcotic drug, or any other controlled substance, while knowing that he was an unlawful user of, or addicted to such substances.

3

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: _____5-18_____, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. Andres Paredes
Cr. No.  04-00131 HG
"Indictment"

4