# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

CR 04-00131JMS-01
USA vs. Andres Paredes

## CERTIFICATE OF SERVICE BY CLERK

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the "JUDGMENT IN A CRIMINAL CASE" was served on the following at their last known addresses:

| PARTY/PARTIES SERVED | Served by First Class Mail | Served Electronically through CM/ECF | Date of Service |
|---|---|---|---|
| Shanlyn A.S. Park |  | ✔ shanlyn_park@fd.org | 01/04/06 |
| Edric Ming-Kai Ching |  | ✔ edric.ching@usdoj.gov | 01/04/06 |
| William L. Shipley, Jr |  | ✔ william.shipley@usdoj.gov | 01/04/06 |

SUE BEITIA, CLERK

By: /s/ Anna F. Chang
Deputy Clerk